# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sony Electronics, Inc.,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Guardian Media Technologies, Ltd.,<br><br>　　　　　　　　　Defendant.<br><br>Matsushita Electric Industrial Co., Ltd. and Victor Company of Japan, Ltd.,<br><br>　　　　　　　　　Plaintiffs.<br><br>vs.<br><br>Guardian Media Technologies, Ltd.,<br><br>　　　　　　　　　Defendant. | CASE NO. 05-CV-1777 - IEG (AJB)<br><br>consolidated with:<br>　05-CV-1796 - IEG (AJB)<br>　07-CV-1613 - IEG (AJB)<br><br>RELATED CASE:<br>　08-CV-1859 - IEG (AJB)<br><br>ORDER:<br><br>(1) GRANTING JOINT MOTION FOR ENTRY OF FINAL JUDGMENT, and<br><br>(2) DENYING AS MOOT NON-GUARDIAN PARTIES' MOTION FOR SUMMARY JUDGMENT.<br><br>[05cv1777 - Doc. Nos. 240; 208]<br><br>[08cv1859 - Doc. No. 65] |

| | |
|---|---|
| Thomson, Inc., | |
| | Plaintiff, |
| vs. | |
| Guardian Media Technologies, Ltd., | |
| | Defendant. |
| Guardian Media Technologies, Ltd., | |
| | Plaintiff, |
| vs. | |
| Toshiba American Consumer Products, L.L.C. and Toshiba America, Inc., | |
| | Defendants. |

These consolidated actions concern a patent dispute between the "Non-Guardian Parties" – five manufacturers/suppliers of consumer electronic products[1] – and Guardian Media Technologies, Ltd. ("Guardian"). The suit involves U.S. Patent No. 4,930,158 ("the '158 patent") and U.S. Patent No. 4,930,160 ("the '160 patent"). On August 31, 2009, the Court granted summary judgment of non-infringement of the '158 patent. [Doc. No. 233]. Still pending before the Court is Non-Guardian Parties' Motion for Summary Judgment of Invalidity of the '160 patent. [Doc. No. 208].

On September 24, 2009, the parties have filed a Stipulation and Joint Motion for Entry of Final Judgment. [Doc. No. 240]. Having considered the parties' stipulation, the Court hereby **GRANTS** the Joint Motion for Entry of Final Judgment and **APPROVES** the Final Judgment submitted by the parties. The Clerk of Court is directed to file the accompanying Final Judgment in the case.

---

[1] The "Non-Guardian Parties" are Plaintiffs Sony Electronics Inc., Thomson, Inc., Panasonic Corporation, and Victor Company of Japan, Ltd., and Defendants Toshiba America Consumer Products, L.L.C. and Toshiba America, Inc. ("Toshiba").

1 |     Finally, pursuant to the parties' stipulation and in accordance with the Final Judgment, the Court hereby **DENIES AS MOOT** the Non-Guardian's Motion for Summary Judgment of Invalidity of the '160 patent.

    **IT IS SO ORDERED.**

DATED: September 24, 2009

*[signature]*
IRMA E. GONZÁLEZ, Chief Judge
United States District Court